### (A)· En General.

No. 5647.—Pueblo, apldo. *v.* Plazuela Sugar Co., aplte.—C. D. Arecibo. Enero 21, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, los únicos errores. señalados son:

"1. La Corte de Distrito de Arecibo cometió error al declarar convicta a la acusada mediante prueba que no sostiene los hechos alegados en la acusación.

"2. La Corte de Distrito de Arecibo erró al intervenir excesivamente en la práctica de la prueba, extralimitándose en su facultad discrecional y demostrando prejuicio y pasión."

Por cuanto, examinada la prueba a la luz de los dos alegatos no encontramos motivos suficientes para revocar la sentencia apelada;

Por tanto, se confirma la sentencia dictada por la Corte de Distrito de Arecibo en febrero 2 de 1934.